UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-457-GCM

| | |
|---|---|
| RICHARD A. RINALDI, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| CCX, INC., ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion. Due to pending Motion for Summary Judgment, IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **February 11, 2013** at 10:00 A.M. in Courtroom # 3.

SO ORDERED.

Signed: August 15, 2012

Graham C. Mullen
United States District Judge