UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-457

| | | |
|---|---|---|
| **RICHARD A. RINALDI,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **CCX, INC.,** | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on its own motion. Due to pending dispositive motions, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for the **June 10, 2013** trial term at 10:00 a.m. in Courtroom #3.

SO ORDERED.

Signed: January 7, 2013

Graham C. Mullen
United States District Judge