IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv457

| | | |
|---|---|---|
| RICHARD A. RINALDI,  ) | | |
|     Plaintiff, ) | | |
| ) | | |
| vs. ) | ) | ORDER |
| ) | | |
| CCX, INC., ) | | |
|     Defendant. ) | | |

THIS MATTER is before the court upon the Memorandum and Recommendation of United States Magistrate David C. Keesler, filed February 20, 2013. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, written objections to the Memorandum and Recommendation must be filed within 14 days after service of the same. No objections have been filed.

After an independent and thorough review of the magistrate's memorandum, the court concludes that there is no clear error on the face of the record and that the recommendation to deny without prejudice the Defendant's Motion for Summary Judgment and grant the Plaintiff's request to continue summary judgment is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are hereby affirmed.

IT IS THEREFORE ORDERED that the Memorandum and Recommendation of the magistrate is hereby AFFIRMED.

Signed: March 18, 2013

Graham C. Mullen
United States District Judge